FILED

NOV 13 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LESLIE JAMES GAINES, JR.,            )   No. C 09-2034 JSW (PR)
                                     )
           Plaintiff,                )
                                     )   **ORDER GRANTING PLAINTIFF'S**
    v.                               )   **MOTION FOR VOLUNTARY**
                                     )   **DISMISSAL**
ANTHONY HEDGPETH, et al,             )
                                     )   (Docket No. 6)
           Defendants.               )
_____)
                                   , )

Plaintiff, a prisoner of the State of California currently incarcerated at Salinas Valley State Prison ("SVSP") in Soledad, California, filed this civil rights complaint regarding his conditions of confinement at SVSP and previously at California State Prison-Lancaster. On October 2, 2009, the Court reviewed Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and dismissed the complaint with leave to amend within thirty days (docket no. 4). In that order, the Court ordered Plaintiff to provide specifics with regard to the mistreatment he suffered and, specifically, to identify which Defendants by their actions were responsible for the alleged constitutional violations.

Thereafter, on October 29, 2009, Plaintiff wrote a letter to the Court indicating that he wished to withdraw his complaint. Plaintiff may voluntarily dismiss his complaint with or without order of this Court. *See* Fed. R. Civ. P. 41(a)(2); 41(a)(1)(I). Said dismissal may be with or without prejudice, but unless plaintiff's notice of dismissal or the court order states otherwise, it is deemed to be "without prejudice." *See* Fed. R. Civ. P. 41(a)(1); 41(a)(2). As such, Plaintiff's letter is construed as a motion seeking

voluntary dismissal and the motion is GRANTED (docket no. 6). This action is DISMISSED. The Clerk shall enter judgment in favor of Defendants and close the file.

IT IS SO ORDERED.

DATED: __NOV 1 3 2009__

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LESLIE J GAINES JR,

    Plaintiff,

v

ANTHONY HEDGPETH et al,

    Defendant.

Case Number: CV09-02034 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 17, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leslie James Gaines Prisoner Id T-42948
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

Dated: November 17, 2009

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk